Gregory C. EPPERSON, Plaintiff—Appellant,

v.

Helen F. FAHEY, Chairwoman, Virginia Parole Board; Gene Johnson, Director, Virginia Department of Corrections, Defendants—Appellees.

No. 05–7652.

United States Court of Appeals, Fourth Circuit.

Submitted: Feb. 23, 2006.

Decided: March 3, 2006.

Gregory C. Epperson, Appellant Pro Se.

Before WIDENER, NIEMEYER, and KING, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Gregory C. Epperson appeals the district court's order dismissing his 42 U.S.C. § 1983 (2000) action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Epperson v. Fahey,* No. CA–05–523 (E.D. Va. filed Sept. 23 & entered Sept. 26, 2005). We deny Epperson's motion to remand. We dispense with oral argument because the facts and legal contentions are adequately

presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*